AO 108 (Rev. 01/09) Application for a Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
)
Up to $466,591.38 in TCF Bank Acct. #3877306870, ) Case No.
in the name of Bienestar Group )
) 11-MC-0036-BNB
)

## APPLICATION FOR A WARRANT
## TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ____Colorado____ is subject to forfeiture to the United States of America under ___18___ U.S.C. § __981(a)(1)(C)__ *(describe the property)*:

All funds up to $466,591.38 in TCF Bank Acct. #3877306870, in the name of Bienestar Group

The application is based on these facts:
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

*Patrick J. Kramer*
_____
Applicant's signature

Patrick T. Kramer, Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: May 12, 2011

City and state: Denver, Colorado

*Boyd N. Boland*
_____
Judge's signature
**BOYD N. BOLAND**
**United States Magistrate Judge**
_____
Printed name and title

## AFFIDAVIT

I, Patrick T. Kramer, being duly sworn, hereby state:

## INTRODUCTION

1. I am a Special Agent (SA) of the Federal Bureau of Investigation and have been so employed since April 2002. I am currently assigned to the Denver Division of the FBI where I work on the White Collar Crime Squad at the Denver Field Office. My investigative responsibilities consist of Health Care Fraud, Bank Fraud and Mortgage Fraud matters which frequently involve violations of federal mail fraud and wire fraud statutes, including identity theft. I have been assigned to the Denver Division since February 2008. I was previously assigned to the San Juan, Puerto Rico Division, Ponce Resident Agency, of the FBI where I investigated money laundering matters pursuant to criminal street gang and violent crime investigations.

2. As a Special Agent with the FBI, your affiant's duties and responsibilities include conducting criminal and civil investigations into violations of various federal statutes codified in the Federal Criminal Code and Rules including investigating individuals and businesses who participate in billing government-sponsored health care programs and have violated federal health care statutes.

3. This affidavit is based on your affiant's personal observations and analysis, the observations and analysis of Special Agent Jane Myers of the United States Department of Health and Human Services, Office of the Inspector General, Office of Investigations (HHS-OIG-OI), interviews conducted, review of documents and information obtained from federal contractors involved in processing and paying Medicare claims and ensuring Medicare program integrity, and other investigative activities, all as described below.

1

## PURPOSE OF AFFIDAVIT AND PROPERTY TO BE SEIZED

4.  The facts presented below are submitted in support of an application for a seizure warrant for all funds up to **$466,591.38** held in TCF bank account number 3877306870, in the name of Bienestar Group and all funds up to **$27,107.86** held in US Bank account number 153465135884 in the name of Unlimited Marketing and Consulting, Incorporated and/or its owners or representatives, which funds were transferred from TCF account 3877306870.

## MEDICARE PROGRAM

5.  The Medicare program is a federally funded health insurance program. Congress established the Medicare program in 1965 as Title XVIII of the Social Security Act. The Centers for Medicare and Medicaid Services (CMS), an agency of the US Department of Health and Human Services, administers the Medicare program. Medicare consists of Part A (hospital insurance) and Part B (supplemental medical insurance). Medicare Part A provides coverage for inpatient hospitalization, skilled nursing facilities, and home health care. Medicare Part B provides coverage for medical services and supplies typically delivered in an outpatient setting, including services rendered by physicians, psychiatrists and psychologists, as well as physical, speech, respiratory, and occupational therapists. Medicare Part B also covers laboratory testing and services ordered by authorized health care providers.

6.  The benefits covered by the Medicare Part B Program include medical and other health services as provided under 42 U.S.C. § 1395k(a)(2)(B) and as defined by 42 U.S.C. § 1395x(s).

7.  Reimbursement for Medicare claims is made by the United States through the US Department of Health and Human Services (HHS). HHS, through CMS, assigns the task of

paying Part B claims from the Medicare Trust Fund to private insurance carriers pursuant to 42 U.S.C. § 1395u.  CMS contracts with private insurance organizations to process and pay Medicare claims and conduct program integrity activities.

8. TrailBlazers Health Enterprises is the contractor which processes claims for Colorado Medicare Part A and Part B services.  They were formerly called the Part B Carrier, but are now designated as the Medicare Administrative Contractor (MAC).  Trailblazers makes payments to Medicare providers for reasonable and necessary medical services from federal funds allocated for that purpose.  Health Integrity LLC, is one of several Zone Program Integrity Contractors (ZPIC) hired by CMS to perform Medicare program integrity functions, including support to HHS-OIG-OI relating to allegations of fraud, waste or abuse within the Medicare program.

9. Medical and other health services provided to Medicare beneficiaries are reimbursable under Part B of the Medicare Program if the services provided are reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.  Medicare regulations impose a duty on any person or company seeking reimbursement not to make false statements or misrepresentations of material facts concerning requests for payment under Medicare.

10. When a provider submits electronic or paper claims to CMS for payment on the Health Insurance Claim Form they attest by their signature to the following:

> *I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my*

*professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare regulations. NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.*

## INTRODUCTION

11. Based on the information stated below, your affiant respectfully submits there is probable cause to believe that unknown individual(s) have stolen the identity of Dr. James Vernon Winkler who resides at 800 Washington Street, # 909, Denver, Colorado 80203. The unknown individual(s) have submitted at least **$466,591.38** worth of fraudulent Medicare billings and as of May 11, 2011, Medicare has authorized payment of **$254,657.33** to these unknown individual(s). By submitting fraudulent claims for medical services to the Medicare program, the unknown individual(s) have engaged in a health care fraud scheme to commit the following offenses, among others: Title 18, United States Code, Section 1347 (Health Care Fraud) and Title 18, United States Code, Section 1343 (Wire Fraud).

## MEDICARE FRAUD SCHEME: ID THEFT AND FALSE FRONT PROVIDER

12. Your affiant is aware of a common fraud scheme which is currently being used to steal money from the Medicare program, termed "Medical Provider Identity (ID) Theft" and "False Front Provider." Medical Provider Identity Theft generally occurs when criminal(s) use the medical provider number of a legitimate doctor or other provider without that provider's knowledge or consent in order to submit fraudulent claims to a health insurance company. In

4

coordination with the identity theft, the "False Front Provider" scheme occurs when the criminal(s) set up a false medical practice/establishment where no patients are seen, no medical services are rendered, and the address recorded on the Medicare Provider Application (CMS 855I) is generally either a nonexistent or empty suite in a building, a vacant building, or a commercial mail drop known as a commercial mail receiving agency (CMRA). A CMRA is a private business that acts as an agent for receiving and delivering the recipient's mail. The United States Postal Service delivers all of a CMRA customer's mail to the CMRA and the CMRA is responsible for delivering it to a current individual customer. Since August 1, 2001, the United States Postal Service requires box holders at CMRAs to include in their address 'PMB' (Private Mail Box) or '#' before the mailbox number (PMB 256 or #256) and prohibit writing the number as Box 256 or Suite 256.

13. In this case, unknown individual(s) filed fraudulent documentation with Trailblazers Health Enterprises using the identification of Dr. James Vernon Winkler. The fraudulent documentation were a Medicare Enrollment Application (CMS 855I) and Electronic Funds Transfer (EFT) Authorization Agreement (CMS 588). The unknown individual(s) completed a fraudulent Medicare Provider Application (CMS 855I) by listing on it personal information about Dr. Winkler to include the college he attended and the year he graduated from medical school, his date of birth and social security number. With this information, these unknown individual(s) obtained a Medicare provider number to establish a fraudulent medical practice/establishment.

14. To establish a False Front Provider, these unknown individual(s) along with their accomplice, Ilya Fetisov, used the address of a CMRA called Mail Box Express located 4860 Chambers Road, Denver, Colorado 80239 and opened up mailbox number 256. As a means to

hide the fact that the actual address was a CMRA, the unknown individual(s) recorded on the CMS 855I, an address including Suite 256.

15. In this scheme, as a means to maintain their anonymity and conceal their identity, the unknown individual(s) utilized the identification documents of Ilya Fetisov, a visiting foreign national who is believed to have obtained a J-1 student visa and then locally acquired a state identification document in addition to a passport issued by his country of origin, in order to open the CMRA account and the bank account for the False Front Provider. Ilya Fetisov and an unknown accomplice opened the TCF bank account number 3877306870, in the name of Bienestar Group on or about August 16, 2010.

16. The unknown individual(s) then submitted Dr. Winkler's medical provider number to Trailblazers Health Enterprises in order to obtain a Provider Identification Number (PIN) for their False Front Provider. With this number, the unknown individual(s) were able to submit an Electronic Funds Transfer (EFT) Authorization Agreement (CMS588) to Medicare which directed it to wire all future Medicare payments for claims into TCF bank account number 3877306870 in the name of Bienestar Group. Under a scheme such as this, typically numerous false Medicare claims are then submitted within a short period of time, and when payments are made by Medicare to the bank accounts the money is withdrawn from that account and laundered within days or weeks. The sole purpose of a False Front Provider is to defraud the Medicare program of substantial funds.

17. On February 2, 2011, Investigator William Roland, an employee of the Medicare Zone Program Integrity Contractor (ZPIC) for Region 4, Health Integrity, LLC, notified Special Agent (S/A) Jane Myers, HHS-OIG-OI, in the Denver Field Office of a possible False Front Provider identified via proactive analysis conducted by Health Integrity, LLC. On February 7,

2011, S/A Myers requested the provider enrollment application, EFT documentation and claims history for Bienestar Group. Bienestar Group's claim history revealed billing for Medicare Part B services, which include laboratory testing and medical services and supplies typically delivered in an outpatient setting.

18. According to the information provided by Investigator Roland, the address of the medical practice/establishment where medical services would be rendered for Bienestar Group is 4860 Chambers Road, Suite 256, Denver, Colorado 80239. On March 22, 2011, S/A Myers went to this address and did not find a medical practice/establishment but rather a CMRA, Mail Box Express.

19. On March 22, 2011, S/A Myers interviewed Deborah and Oliver Sanders who operate the Mail Box Express located at 4860 Chambers Road, Denver, Colorado 80239. They stated that two males opened up the Bienestar Group mailbox account on or about August 13, 2010, one of which provided documentation identifying himself as Ilya Fetisov and the other was an older gentleman, who did not provide his name or any identification. Both individuals spoke with foreign accents.

20. The Bienestar Group mailbox account # 256 was paid up front for a year from August 13, 2010 to August 31, 2011 via credit card. In addition to paying for the mailbox for a year, they pre-paid $50 for forwarding the mail.

21. Since this account was opened, Deborah Sanders has not seen these two male individuals, but she has received two telephone calls from a male individual with no accent regarding the mail box. He inquired about the contents in the mail box and requested that one letter from Trailblazers be forwarded to 115 West California Boulevard, #107, Pasadena, California 91105. Sanders mailed this Trailblazers letter as requested.

22. Deborah Sanders provided copies of the two documents contained in their file regarding the account for Bienestar Group, mailbox # 256. The documents were copies of Ilya Fetisov's Russian Federation passport; his Maryland identification card, and a mailbox information sheet that listed the company name Bienestar Group along with a telephone number, e-mail address and a home address of 5632 Van Nuys Boulevard, Suite 379, Van Nuys, California 91401. Under the section of additional names, the names Ilya Fetisov, James Winkler and Justin Karpov were listed.

23. S/A Myers determined the home address of 5632 Van Nuys Boulevard, Suite 379, Van Nuys, California 91401 listed on this information sheet was the address of yet another CMRA. The CMRA at this address is B & E Postal Center, which is also a Western Union site. The address to which the Trailblazers' letter was forwarded was also a CMRA, Post Pack and Ship, located at 115 West California Boulevard, #107, Pasadena, California 91105.

24. Upon review of the EFT Authorization Agreement filed by Bienestar Group, S/A Myers contacted the affiant on March 22, 2011, to obtain bank information on the TCF bank account 3877306870.

25. On March 22, 2011, your affiant determined that TCF bank account 3877306870 in the name of Bienestar Group was opened by Ilya Fetisov on August 16, 2010, with a balance of $200.00. The balance of this account as of May 11, 2011, was **$186,075.62.**

26. On March 31, 2011, S/A Myers determined via Immigration and Customs Enforcement that Ilya Fetisov departed the United States on October 4, 2010, and arrived in Moscow, Russia and has not returned back to the United States.

27. On March 23, 2011, S/A Myers interviewed Dr. James Vernon Winkler at his residence at 800 Washington Street, Denver, Colorado. Dr. Winkler is the Director of Medical

Affairs for a pharmaceutical company called Ampio Pharmaceuticals. His primary work is conducting clinical trials for drugs. Dr. Winkler stated that he has not billed Medicare or Medicaid since 2000 when he worked as an emergency room physician.

28.     In addition, Dr. Winkler stated he has never heard of Bienestar Group and he is not the CEO of Bienestar Group. Dr. Winkler confirmed that the signature of James Winkler on the Medicare provider application is not his signature. Dr. Winkler does not have an account at TCF Bank.

29.     Since April 2011 to the present, Bienestar Group has billed Medicare up to **$466,591.38** for fraudulent claims. Medicare has authorized payment of **$254,657.33** to date on these claims via electronic funds transfers into TCF bank account number 3877306870.

30.     On April 26, 2011, S/A Myers reviewed the transactions of TCF bank account number 3877306870. All deposits made into the account were from Medicare. Upon further investigation and the assistance of TCF Bank, a total of five (5) Bienestar Group checks totaling **$27,107.86** from the Bienestar Group TCF account were written and deposited into US Bank account number 153465135884 in the name of Unlimited Marketing and Consulting, Incorporated.

31.     Your affiant believes that the Medicare funds deposited into TCF bank account number 3877306870, held in the name of Bienestar Group, and subsequently transferred to US Bank account number 153465135884, held in the name of Unlimited Marketing and Consulting, Incorporated, are the product of identity theft and a False Front Provider scheme.

32.     Based on the facts set forth herein, there is probable cause to believe that false and fraudulent claims have been submitted to Medicare in the name of Bienestar Group for services not rendered or not medically necessary, in violation of 18 U.S.C. § 1347 (Health Care Fraud), and

that Medicare has authorized payment of **$254,657.33** to this entity on these claims via wire transfer in violation of 18 U.S.C. § 1343 (Wire Fraud).

33. Title 18, United States Code, Section 981(a)(1)(C) provides for the forfeiture of:

> Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of ...any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title) or a conspiracy to commit such offense.

Title 18, United States Code, Section 1956(c)(7)(F) identifies a specified unlawful activity as any act or activity constituting an offense involving a Federal health care offense. Likewise, 18 U.S.C. § 1956(c)(7) identifies, as specified unlawful activity, any act or activity constituting an offense listed in section 1961(1) - a list which includes violations of Title 18 U.S.C. Section 1343 (Wire Fraud).

34. In light of the above, there is also probable cause to believe that all funds up to $27,107.86 held in US Bank account number 153465135884 constitutes or is derived from proceeds traceable to a violation of a Federal health care offense, which is a "specified unlawful activity" as described in Title 18, United States Code, section 1956(c)(7)(F), and wire fraud in violation of 18 U.S.C. § 1343. Therefore, the property listed above is subject to seizure and forfeiture to the United States Government pursuant to Title 18, United States Code, Section 981(a)(1)(C).

35. Furthermore, 18 U.S.C. Section 984 provides that the government need not identify the specific property involved in an offense that is the basis for the forfeiture if the property involved is funds deposited into a financial account when the forfeitable funds were placed into that account within the prior year.

36. In consideration of the foregoing, your affiant requests that this Court issue an application for a seizure warrant and a seizure warrant, authorizing the seizure of all funds up to **$466,591.38** held in TCF bank account number 3877306870 in the name of Bienestar Group and all funds up to **$27,107.86** held in US Bank account number 153465135884 in the name of Unlimited Marketing and Consulting, Incorporated.

Dated May 12, 2011

*Patrick T. Kramer*
Patrick T. Kramer
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 12th day of May, 2011

*Boyd N. Boland*
United States Magistrate Judge